# United States Court of Appeals for the Fifth Circuit

---

No. 22-10849
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

January 12, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Angel Roman Walter Medina,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:22-CR-13-1

---

Before Higginbotham, Graves, and Ho, *Circuit Judges.*

Per Curiam:[*]

The attorney appointed to represent Angel Roman Walter Medina has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Medina has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Medina's claims of ineffective assistance of counsel; we therefore decline to consider the claims

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-10849

without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Medina's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.